No. 73–98.   L & A CREATIVE ARTS STUDIO, INC., ET AL. *v.* REDEVELOPMENT AUTHORITY OF THE CITY OF PHILA-DELPHIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 73–127.   TOPIK ET AL. *v.* CATALYST RESEARCH CORP. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 73–133.   OLD DOMINION BOX CO., INC. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 73–151.   FUENTES *v.* UNITED STATES;

No. 73–5144.   LARA *v.* UNITED STATES; and

No. 73–5162.   ALEMAN ET AL. *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.   Reported below: 478 F. 2d 408.

No. 73–152.   FIRST BOSTON CORP. *v.* CHRIS-CRAFT INDUSTRIES, INC.;

No. 73–153.   BANGOR PUNTA CORP. ET AL. *v.* CHRIS-CRAFT INDUSTRIES, INC.; and

No. 73–154.   PIPER ET AL. *v.* CHRIS-CRAFT INDUSTRIES, INC.   C. A. 2d Cir.   Certiorari denied.   Reported below: 480 F. 2d 341.

No. 73–155.   DORAN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 73–171.   BARR ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir.   Certiorari denied.

No. 73–174.   MONDAY *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.